```
          IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF OHIO
                    EASTERN DIVISION
```

Sonya L. Wilson,                  :

      Plaintiff,              :

   v.                             :           Case No. 2:10-cv-463

Michael J. Astrue,                :           JUDGE MARBLEY
Commissioner of
Social Security,                  :

      Defendant.              :

<u>ORDER</u>

    This case is before the Court to consider a Report and Recommendation issued by the Magistrate Judge on January 13, 2011. The time for filing objections has passed, and no objections have been filed to the Report and Recommendation. Therefore, the Court ADOPTS the Report and Recommendation. The plaintiff's statement of specific errors (Doc. #12) is SUSTAINED and this case is REMANDED to the Commissioner for further proceedings pursuant to 42 U.S.C. §405(g), sentence four.

                                         s/Algenon L. Marbley
                                         Algenon L. Marbley
                                         United States District Judge