**AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*
## *SOUTHERN DISTRICT OF OHIO*

### JUDGMENT IN CIVIL CASE

| | | |
|---|---|---|
| Sonya L. Wilson, | : | |
| Plaintiff, | : | |
| v. | : | Case No. 2:10-cv-463 |
| Michael J. Astrue, Commissioner of Social Security, | : | JUDGE MARBLEY |
| | : | |
| Defendant. | : | |

[] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

> IT IS ORDERED AND ADJUDGED That pursuant to the February 9, 2011 Order, the Court ADOPTED the Report and Recommendation; SUSTAINED Plaintiff's statement of specific errors. This case is REMANDED to the Commissioner for further proceedings pursuant to 42 U.S.C. §405(g) sentence four.

Date: **February 9, 2011**　　　　　　　　**James Bonini, Clerk**

　　　　　　　　　　　　　　　　　　　s/Betty L. Clark
　　　　　　　　　　　　　　　　　　Betty L. Clark/Deputy Clerk